RECEIVED

JUL 11 2019

AT ~~8:00~~ 1:25 PM
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 19-484 (AET) |
| LUIS RAMON GUTAMA-ALVARRACIN, | : |
| a/k/a "Luis Gutama," | : 8 U.S.C. § 1326(a) |
| a/k/a "Jose Montillo" | : 8 U.S.C. § 1326(b)(1) |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

1. At all times relevant to this Indictment, defendant LUIS RAMON GUTAMA-ALVARRACIN was an alien and a citizen and national of Ecuador.

2. On or about July 27, 2006, defendant LUIS RAMON GUTAMA-ALVARRACIN was convicted in the Queens County Supreme Court, New York, of criminal possession of a loaded firearm, a class D felony, in violation of N.Y. Penal Law § 265.02(04). Defendant LUIS RAMON GUTAMA-ALVARRACIN was sentenced to nine (9) months incarceration. This conviction constitutes a felony within the meaning of 8 U.S.C. § 1326(b)(1).

3. Thereafter, on or about November 21, 2006, an immigration judge approved defendant LUIS RAMON GUTAMA-ALVARRACIN's request to voluntarily depart the United States. On or about January 24, 2007, defendant LUIS RAMON GUTAMA-ALVARRACIN departed the United States to Ecuador.

4. Defendant LUIS RAMON GUTAMA-ALVARRACIN thereafter reentered the United States without permission on an unknown date and was apprehended in the United States on or about May 26, 2013.

5. Thereafter, on or about December 1, 2014, defendant LUIS RAMON GUTAMA-ALVARRACIN was ordered removed from the United States to Ecuador by an immigration judge. On or about January 9, 2015, defendant LUIS RAMON GUTAMA-ALVARRACIN was removed from the United States to Ecuador pursuant to the December 1, 2014 order of removal.

6. Defendant LUIS RAMON GUTAMA-ALVARRACIN thereafter reentered the United States without permission on or about May 16, 2015. Defendant LUIS RAMON GUTAMA-ALVARRACIN was arrested for illegal entry in or around Pharr, Texas, in violation of 8 U.S.C. 1325(a)(1) and, on or about May 18, 2015, he was sentenced to sixty (60) days incarceration.

7. On or about May 17, 2015, the December 1, 2014 order of removal was reinstated by a supervisory immigration officer pursuant to 8 U.S.C. § 1231(a)(5) (the "Reinstatement Order").

8. On or about August 14, 2015, pursuant to the Reinstatement Order, defendant LUIS RAMON GUTAMA-ALVARRACIN was removed from the United States to Ecuador.

9. Defendant LUIS RAMON GUTAMA-ALVARRACIN thereafter knowingly and voluntarily reentered the United States without permission on an unknown date and was found in the United States on or about May 22, 2019.

10. Neither the Attorney General nor the Secretary of Homeland Security of the United States expressly consented to defendant LUIS RAMON GUTAMA-ALVARRACIN reapplying for admission to the United States prior to his reembarkation at a place outside the United States or his entry into the United States.

11. On or about May 22, 2019, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

>LUIS RAMON GUTAMA-ALVARRACIN,
>a/k/a "Luis Gutama,"
>a/k/a "Jose Montillo,"

an alien having previously been removed from the United States after sustaining a conviction for a felony and having thereafter knowingly and voluntarily reentered the United States without permission, was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 19- 484 (AET)

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## LUIS RAMON GUTAMA-ALVARRACIN

## INDICTMENT FOR

Title 8, United States Code, Sections 1326(a) & (b)(1)



CRAIG CARPENITO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

MERIAH RUSSELL
SPECIAL ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
609-989-0562